| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF LOUISIANA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Flambeaux Gas & Electric Lights L.L.C.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-1654835** | |
| 4. | **Debtor's address** | **Principal place of business** **1145 Oak Ave.** **Westwego, LA 70094** Number, Street, City, State & ZIP Code **Jefferson** County | **Mailing address, if different from principal place of business** **2640 Montana Ave.** **Metairie, LA 70003** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **Flambeaux Gas & Electric Lights L.L.C.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Flambeaux Gas & Electric Lights L.L.C.**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Flambeaux Gas & Electric Lights L.L.C.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 31, 2018**
MM / DD / YYYY

**X** **/s/ Vincent J. Valenti, Jr.**   **Vincent J. Valenti, Jr.**
Signature of authorized representative of debtor   Printed name

Title   **Member / Manager**

**18. Signature of attorney**

**X** **/s/ Leo D. Congeni**   Date **July 31, 2018**
Signature of attorney for debtor   MM / DD / YYYY

**Leo D. Congeni 25626**
Printed name

**Congeni Law Firm, LLC**
Firm name

**424 Gravier St.**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone **(504) 522-4848**   Email address **leo@congenilawfirm.com**

**25626 LA**
Bar number and State

## **CERTIFICATE OF RESOLUTION**

I, Vincent J. Valenti, Jr., member and manager of Flambeaux Gas & Electric Lights, L.L.C., a Louisiana limited liability company (the "Company"), hereby certify that at a special meeting of the manager(s)/member(s) of the Company duly called and held on July 31, 2018, the following resolutions were duly adopted in accordance with the requirements of the Louisiana's General Corporation Law (La. R.S. 12:1, *et seq.*) and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

>**RESOLVED**, that, in the judgment of the Managers and Members of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it was further

>**RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Louisiana at such time as said manager executing the same shall determine; and it was further

>**RESOLVED**, that the Congeni Law Firm, LLC is hereby employed as attorneys for the Company in the Company's Chapter 11 case, subject to bankruptcy court approval; and it was further

>**RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed to execute and file all schedules, motions, lists, applications, pleadings, plans and other papers, and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper, or desirable in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case; and it was further

>**RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such manager(s)

1

shall be or become necessary, proper and desirable to effectuate a successful reorganization or liquidation of the Company's business; and it was further

**RESOLVED**, that, any and all past actions heretofore taken by managers or members of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 31 day of July, 2018.

FLAMBEAUX GAS & ELECTRIC LIGHTS, L.L.C.

By: Vincent J. Valenti, Jr., member/manager

2

```
A.J. Krouse
Frilot LLC
1100 Poydras St., Suite 3700
New Orleans, LA 70163


Bevolo Gas & Electric Lights, Inc.
c/o Craig D. Dillard
Gardere Wynne Sewell LLP
1000 Louisiana St., Suite 2000
Houston, TX 77002


Entergy
P.O. Box 8106
Baton Rouge, LA 70891-0837


Flambeaux Marketing, LLC
6072 General Diaz
New Orleans, LA 70124


Jefferson Parish Sheriff's Office
Civil Seizure Dept.
1233 Westbank Expressway, B-425
Harvey, LA 70058


Lugenbuhl, Wheaton Peck Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130


Sunset Financial Group, LLC
5250 W. Century Blvd., Suite 501
Los Angeles, CA 90045


UPS
P.O. Box 7247-0224
Philadelphia, PA 19170
```