**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: § <br> § <br> FLAMBEAUX GAS & ELECTRIC § <br> LIGHTS, L.L.C. § <br> § <br> DEBTOR. § | CASE NO. 18-11979 <br><br> SECTION "A" <br><br> CHAPTER 11 |

**BEVOLO GAS & ELECTRIC LIGHTS, INC.'S AND FLAMBEAUX GAS & ELECTRIC LIGHTS, L.L.C. WITNESS AND EXHIBIT LIST FOR JUNE 21, 2019**

### I. WITNESSES

1. Bevolo designates the following individuals who may be called as witnesses:

    (a) Leo Congeni,

    (b) Stephen Guepet,

    (c) Dennis Calamusa,

    (d) Vincent Valenti, Jr.,

    (e) Patrick Gros,

    (f) Chris Bevolo,

    (g) Chris King,

    (h) John Baumgartner;

    (i) Any witness designated by Flambeaux Gas & Electric Lights, LLC; and

    (j) Any witness necessary to rebut the evidence or testimony of a witness offered or designated by any other party.

2. Flambeaux designates the following individuals who may be called as witnesses:

    (a) Dennis Calamusa,

    (b) Vincent Valenti,

    (c) Stephen Guepet,

    (d) Patric Gros,

    (e) ServCorp. Representative,

    (f) Randy Gaspard,

(g) Representative of Bevolo Gas & Electric Lights, Inc.;

(h) Any witness necessary to rebut the evidence or testimony of a witness offered or designated by any other party; and

(i) Any person identified by Bevolo Gas & Electric Lights, Inc. as a potential witness.

## II. EXHIBITS

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | Docket No. 179-2 Debtor's Solicitation Package, Disclosure Statement, Plan, and Exhibits | | | | |
| 2 | Docket No. 201 - Debtor's Tabulation of Ballots | | | | |
| 3 | ServCorp International, Inc. Report Dated June 18, 2019 and Pictures | | | | |
| 4 | List of Owner's Salary—Vincent Valenti | | | | |
| 5 | List of Owner's Salary—Dennis Calamusa | | | | |
| 6 | Analysis of Bevolo's Chart of Owner's Salary | | | | |
| 7 | Term Sheet with New Member | | | | |
| 8 | Letter dated June 17, 2019 from Hancock Whitney Bank | | | | |
| 9 | Photos of "Noncompliant Lantern" | | | | |
| 10 | Mike's Hardware Check Evidencing Repayment | | | | |
| 11 | Final Arbitration Award | | | | |
| 12 | Bevolo's Opposition to Confirmation | | | | |
| 13 | Patrick Gros Resume | | | | |
| 14 | Flambeaux Gas & Electrical Lights LLC's 2015 Tax Return | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 15 | Flambeaux Gas & Electrical Lights LLC's 2016 Tax Return | | | | |
| 16 | Flambeaux Gas & Electrical Lights LLC's 2017 Tax Return | | | | |
| 17 | 2016 Capitol One Bank Statements for Flambeaux Gas & Electric Lights LLC – Account Ending 1626 | | | | |
| 18 | 2017 Capitol One Bank Statements for Flambeaux Gas & Electric Lights LLC – Account Ending 1626 | | | | |
| 19 | 2018 Capitol One Bank Statements for Flambeaux Gas & Electric Lights LLC – Account Ending 1626 | | | | |
| 20 | Capital One Visa Business Card 2015 – 2017 (Bates Label Debtor 00642 - 00739) | | | | |
| 21 | Capital One Visa Business Card 2017 – 2018 (Bates Label Debtor 00740-00819) | | | | |
| 22 | Docket No. 85 – Amended MOR – August 2018 | | | | |
| 23 | Docket No. 86 – Amended MOR – September 2018 | | | | |
| 24 | Docket No. 87 –MOR – October 2018 | | | | |
| 25 | Docket No. 94 – MOR –November 2018 | | | | |
| 26 | Docket No. 95 – MOR –December 2018 | | | | |
| 27 | Docket No. 117 – MOR –January 2019 | | | | |
| 28 | Docket No. 122 –MOR—February 2019 | | | | |
| 29 | Docket No. 151—MOR—March 2019 | | | | |
| 30 | Docket No. 177--MOR—April 2019 | | | | |
| 31 | Docket No. 205 –MOR—May 2019 | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 32 | Docket No. 33--Interim Insider Pay Order | | | | |
| 33 | Docket No. 54--Final Insider Pay Order | | | | |
| 34 | Docket No. 98 – First Disclosure Statement | | | | |
| 35 | Docket No. 124—Amended Disclosure Statement with Attachments | | | | |
| 36 | Bevolo Trademark – 1 | | | | |
| 37 | Bevolo Trademark –2 | | | | |
| 38 | Police Report | | | | |
| 39 | Consent Judgment Between Calamusa and Bevolo – January 30, 2019 | | | | |
| 40 | Discover Credit Card Charges | | | | |
| 41 | Debtor - Profit and Loss 2018 | | | | |
| 42 | E-mail and related attachments from Mr. Congeni to Dennis and Stephen – 8/15/2019 | | | | |
| 43 | E-mail and related attachments from Mr. Congeni to Dennis and Stephen – 3/6/2019 | | | | |
| 44 | E-mail and related attachments from Mr. Congeni to Dennis and Stephen – 3/29/2019 | | | | |
| 45 | Patrick Gros, CPA – Transcript - June 7, 2019 | | | | |
| 46 | Vincent Valenti – Transcript - June 7, 2019 | | | | |
| 47 | Dennis Calamusa– Transcript - June 7, 2019 | | | | |
| 48 | 30(b)(6) Corporate Representative Transcript – June 7, 2019 | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 49 | 30(b)(6) Corporate Representative Transcript – September 27, 2018 | | | | |
| 50 | E-mail and related attachments from Mr. Congeni to Dennis & Stephen & Patrick – 8/20/2018 | | | | |
| Flambeaux and Bevolo also designate any exhibit that any other party may introduce, and reserves the right to introduce rebuttal exhibits and demonstrative exhibits. | | | | | |

Dated: June 20, 2019

**FOLEY GARDERE**
**FOLEY & LARDNER, LLP**

*/s/ Sean T. Wilson*
Sean T. Wilson (admitted *pro hac vice*)
Texas Bar No. 24077962
Federal ID No. 2523816
Craig P. Dillard
Louisiana Bar No. 29150
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
713-276-5619 (*direct dial*)
713-276-6619 (*direct fax*)
cdillard@foley.com (*email*)
swilson@foley.com (*email*)

**Counsel for Bevolo Gas & Electric Lights, Inc.**

**CONGENI LAW FIRM, LLC**

*/s/ Leo D. Congeni*
Leo D. Congeni (#25626)
424 Gravier Street
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
leo@congenilawfirm.com

**Counsel for Flambeaux Gas & Electric Lights, L.L.C.**

## **CERTIFICATE OF SERVICE**

  I do hereby certify that on June 20, 2019 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.


                */s/ Sean Wilson*
                Sean Wilson